United States District Court
Southern District of Texas
**ENTERED**
January 04, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| CARLOS TIERRANEGRA JR., § § Plaintiff, § VS. § JPMC SPECIALTY MORTGAGE LLC, *et al*, § § § § Defendants. § | CIVIL ACTION NO. 7:18-CV-347 |

# FINAL JUDGMENT

For the reasons stated in this Court's order of January 2, 2019,[1] Plaintiff's claims against Defendant having been **DISMISSED WITH PREJUDICE**, the Court hereby enters this final judgment.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 4th day of January, 2019.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 10.